UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>    Plaintiff,<br><br>v.<br><br>SINGSONG, et al.,<br><br>    Defendants. | Case No. 19-cv-01603-HSG<br><br>**ORDER GRANTING REQUEST TO RESET BRIEFING SCHEDULE; VACATING BRIEFING SCHEDULE**<br><br>Dkt. No. 24 |

Plaintiff, an inmate at Pelican Bay State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 regarding events that took place at Salinas Valley State Prison ("SVSP"). On July 24, 2019, the Court screened Plaintiff's amended complaint and found that it stated a cognizable excessive force claim against Defendant Hogeland and ordered Defendant Hogeland to file a dispositive motion within 91 days—or by October 23, 2019. Dkt. No. 16. In that same order, the Court also granted plaintiff leave to file a second amended complaint to restate further claims against Defendant Hogeland and others. Dkt. No. 16. On September 23, 2019, plaintiff filed a second amended complaint, Dkt. No. 22, which the Court has not yet screened. Defendant Hogeland also reports that the U.S. Marshals' Office did not mail the summons and complaint until at least October 25, 2019, and service was not received until October 29, 2019. Dkt. No. 24 at 3 and Dkt. No. 24-1 at 2. Accordingly, Defendant Hogeland's request to reset the briefing schedule is GRANTED. Dkt. No. 24. The current briefing schedule is VACATED. The Court will set a new briefing schedule when it screens the second amended complaint.

//

//

//

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 11/12/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>    Plaintiff,<br><br>v.<br><br>SINGSONG, et al.,<br><br>    Defendants. | Case No. 19-cv-01603-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Lees ID: #E-13832
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: November 12, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

3