UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SINGSONG, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01603-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; REQUIRING COMPLIANCE WITH PRIOR COURT ORDER**<br><br>Re: Dkt. No. 41 |

Good cause being shown, Defendants' request for an extension of time to file their dispositive motion is GRANTED. Dkt. No. 41. Defendants shall file their dispositive motion by April 8, 2022. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

By April 8, 2022, Defendants are also ordered to comply with the Court's March 4, 2022 Order, including the requirement that Defendants file in the record a statement or suggestion of death of defendant Singsong and serve it upon Plaintiff in the manner indicated by Federal Rule of Civil Procedure 25(a)(3).

This order terminates Dkt. No. 41.

**IT IS SO ORDERED.**

Dated: 3/14/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge