UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>      Plaintiff,<br><br>v.<br><br>J. MARISCAL, et al.,<br><br>      Defendants. | Case No. 19-cv-01603-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 54 |

Defendants' fifth request for an extension of time is GRANTED IN PART AND DENIED IN PART. Dkt. No. 54. Defendants shall file their dispositive motion by June 24, 2022. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion. No further extensions of time will be granted.

This order terminates Dkt. No. 54.

**IT IS SO ORDERED.**

Dated: 5/11/2022

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge