UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEXANDER LEES, | Case No. 19-cv-01603-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION** |
| v. | |
| J. MARISCAL, et al., | Re: Dkt. No. 58 |
| Defendants. | |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to the summary judgment motion is GRANTED. Dkt. No. 58. Plaintiff shall file his opposition to the summary judgment motion by August 5, 2022. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on this motion.

This order terminates Dkt. No. 58.

**IT IS SO ORDERED.**

Dated: 7/18/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge