UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>    Plaintiff,<br><br>v.<br><br>J. MARISCAL, et al.,<br><br>    Defendants. | Case No. 19-cv-01603-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 62 |

Good cause being shown, Defendants' request for an extension of time to file their reply is GRANTED. Dkt. No. 62. Defendants shall file their reply by August 16, 2022. The motion shall be deemed submitted as of that date. No hearing shall be held on the motion.

This order terminates Dkt. No. 62.

**IT IS SO ORDERED.**

Dated: 8/10/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge