UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. MARISCAL, et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-01603-HSG<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983.  On December 12, 2022, the parties filed a stipulated dismissal of the entire case pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff Alexander Lees and Defendants J. Mariscal, O. Ponce and K Hogeland resolved this case in its entirety.  The parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. No. 69.  The stipulation is signed by both Plaintiff and counsel for Defendant.  *Id.*  Accordingly, IT IS HEREBY ORDERED THAT this entire action, and Defendants, are DISMISSED WITH PREJUDICE.  The Clerk shall terminate all pending motions and close the file.

　　　　This order terminates Dkt. No. 69.

　　　　**IT IS SO ORDERED.**

Dated:　12/16/2022

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge